UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    v.                               CASE NO. 3:19-cr-218-J-20JRK

ROMEO XAVIER LANGHORNE

## GOVERNMENT'S MOTION FOR DESIGNATION OF CLASSIFIED INFORMATION SECURITY OFFICER

The United States of America, by and through the undersigned Assistant United States Attorney and Trial Attorney, hereby moves the Court to designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA.  In support of its motion, the parties state the following:

1.      This a criminal matter in which the grand jury has returned an indictment charging the defendant, Romeo LANGHORNE, with attempting to provide material support, in the form of services, to the Islamic State of Iraq and Al-Sham ("ISIS"), in violation of 18 U.S.C. § 2339B.

---

[1]    In the original Security Procedures, the title of the position was Court Security Officer.  In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

2.      This case involves classified material, and the government anticipates filing pleadings pursuant to CIPA.

3.      To assist the Court and court personnel in handling of any motions pursuant to CIPA and implementing any orders relating to the matter, the United States requests that the Court designate Carli V. Rodriguez-Feo as the CISO for this case, to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.

4.      The United States further requests that the Court designate the following persons as Alternate CISOs, to serve in the event Ms. Rodriguez-Feo is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Matthew W. Mullery, Maura L. Peterson, Harry J. Rucker, and Winfield S. "Scooter" Slade.

5.      The United States further states that on December 12, 2019, the United States consulted with counsel for defendant regarding this motion, and on

December 17, 2019, counsel for defendant informed the United States that the

defense opposes this motion.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney


By:     s/ Laura Cofer Taylor
        LAURA COFER TAYLOR
        Assistant United States Attorney
        USA No. 170
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:   (904) 301-6300
        Facsimile:     (904) 301-6310
        E-mail: Laura.C.Taylor@usdoj.gov


By:     s/ David Andrew Sigler
        DAVID ANDREW SIGLER
        Alabama Bar No. ASB-5175-I72D
        Trial Attorney, Counterterrorism Section
        National Security Division
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530
        Telephone: 202-514-0849
        Email: andrew.sigler@usdoj.gov

**U.S. v. ROMEO XAVIER LANGHORNE**          **Case No. 3:19-cr-218-J-20JRK**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Lisa Call, Esq.
> Maurice C. Grant, Esq.

> *s/ Laura Cofer Taylor*
> LAURA COFER TAYLOR
> Assistant United States Attorney