UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA )        CASE NO.: 3:19-cr-218-J-20-JRK
                         )
-VS-                     )
                         )
ROMEO LANGHORNE,         )
                         )
        Defendant.       )
_____/

**UNOPPOSED MOTION FOR CONTINUANCE
OF TRIAL & EXTENSION OF DEADLINES**

The Defendant, ROMEO LANGHORNE, by and through the undersigned attorney, hereby requests a continuance of the currently scheduled trial date in this case and for an extension of any deadlines regarding discovery or dispositive motions, and in support thereof would state as follows:

1.    Defendant Langhorne has been indicted for Providing Material Support to a Terrorist Organization and is currently schedule for the April 2021 trial term.

2.    The parties are currently involved in plea negotiations, and additional time is needed to finalize the process.

3.    Specifically, although the Government has tendered, and the Defense has reviewed, a proposed plea agreement, the parties are continuing to negotiate certain aspects of said agreement, including the specific language contained within the factual basis.

4.    Additionally, if plea negotiations are not successful, it is anticipated that the United States will attempt to obtain a superseding indictment in the coming months, potentially adding additional counts that would warrant preparation for trial by the Defense. Additional time would be needed by the Defense to adequately prepare for trial if said indictment is obtained.

5.    As the Court is aware, discovery in this matter is extremely voluminous, involving over fourteen thousand pages of material, which include audio and video recordings.

6.    As a result of the sensitive nature of the discovery, which is subject to a protective order, reviewing material with the Defendant has taken longer than expected due to the inability of

the Defendant to have discovery in his possession, and the current visitation process at the Baker County Detention Facility where the Defendant is currently being housed.

7. Specifically, restrictions at the Baker County Detention Center prohibit face-to-face meetings between Counsel and the Defendant. Counsel is forced to meet with the Defendant behind a glass partition, utilizing a visitation phone with poor audio quality to communicate with the Defendant. This process results in slowed communication between the attorney and client and makes the sharing of discovery (which includes video, pictures, screen captures, documents, etc.) extremely tedious and difficult.

8. Accordingly, additional time is needed to complete the discovery process and prepare this matter for trial, if necessary.

9. On November 10, 2020, this Court entered an Order continuing the trial date, extending the deadlines for motions to suppress, and simultaneously establishing new deadlines for the Government to file any CIPA motions for protective orders, and for the Defendant to file a statement of defense. Doc. 60.

10. For the reasons outlined above, the undersigned seeks a continuance of sixty (60) days for all deadlines, hearings, and trial.

11. Counsel has discussed these matters with AUSA Laura Taylor, and the parties are in agreement with regard to the requested relief.

12. This Motion for Continuance is filed in good faith, and not for the purpose of unnecessary delay.

**WHEREFORE**, the Defendant and undersigned hereby request that this Court continue the trial currently scheduled for April 5, 2021, as well as extending all deadlines in this Court's November 10th, 2020 Order for a period of no less than sixty (60) days.

Respectfully submitted, this 13th day of January 2021.

BY: /s/ *John P. Leombruno*
John P. Leombruno, Esq.
Fl. Bar #0851361
6279 Dupont Station Court
Jacksonville, FL 32217
(904) 731-3800 (main)
(904) 731-3807 (facsimile)
jleombruno@arnoldlawfirmllc.com
Attorney for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

AUSA Laura Taylor
AUSA David Sigler

_/s/ *John P. Leombruno*
Attorney
