UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA   )         CASE NO.: 3:19-cr-218-J-20-JRK
                           )
       -VS-                )
                           )
ROMEO LANGHORNE,           )
                           )
       Defendant.          )
_____  /

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING OF DEFENDANT'S STATEMENT OF DEFENSE

The Defendant, ROMEO LANGHORNE, by and through the undersigned attorney, hereby requests a brief two week continuance of the currently scheduled deadline for the filing of Defendant's Statement of Defense:

1.   Defendant Langhorne has been indicted for Providing Material Support to a Terrorist Organization and is currently scheduled for the June 7, 2021 trial term.

2.   The parties are currently involved in plea negotiations and attempted a change of plea hearing on February 25, 2021.

3.   Due to unforeseen circumstances regarding the Defendant's mental health medication, the change of plea hearing was forced to be rescheduled for a later date. Currently, said hearing is set for March 18, 2021.

4.   Previously, this Court had set a deadline of March 16, 2021 for the Defendant to file a sealed, *ex parte* statement of Defense as part of the Classified Information Procedures Act (CIPA) process, which had been initiated by the Government as a result of the sensitive nature of the discovery at issue in the case. [Doc. 64]

5.   It was anticipated that the necessity of the Defendant having to file a statement of defense would be rendered moot once a change of plea hearing was completed.

6.  With the change of plea hearing being pushed back due to unforeseen circumstances as outlined above, the currently scheduled plea date is now falls after deadline for the filing of the statement of defense.

7.  Both parties have been working diligently to finalize the plea negotiations with the entry of plea and would request that any rulings on CIPA motions or deadlines be delayed until after the change of plea hearing to ensure that the plea is entered as anticipated.

8.  For the reasons outlined above, the undersigned seeks an extension of the deadline for fourteen (14) days.

9.  Counsel has discussed these matters with AUSA Laura Taylor, and the parties are in agreement with regard to the requested relief.

10. This motion is filed in good faith, and not for the purpose of unnecessary delay.

**WHEREFORE**, the Defendant and undersigned hereby request that this Court extend the deadline to file a Statement of Defense for fourteen (14) days.

Respectfully submitted, this 15th day of March 2021.

BY: /s/ *John P. Leombruno*
John P. Leombruno, Esq.
Fl. Bar #0851361
6279 Dupont Station Court
Jacksonville, FL 32217
(904) 731-3800 (main)
(904) 731-3807 (facsimile)
jleombruno@arnoldlawfirmllc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

AUSA Laura Taylor
AUSA David Sigler

_/s/ *John P. Leombruno*
Attorney