**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                        CASE NO. 3:19-cr-218-HES-JRK

ROMEO XAVIER LANGHORNE
_____/

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION
## OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by United States Magistrate James R. Klindt (Doc. No. 91), filed May 13, 2021, to which the parties waived the fourteen (14) day objection period, and accepts the Defendant's plea of guilty to Count(s) One of the Indictment, and the Defendant is adjudged guilty of such offenses. In accordance with United States v. Hyde, 520 U.S. 670 (1997), the Court defers consideration of accepting the plea agreement until the Pre-Sentence Report is completed.

**SENTENCING** is hereby scheduled for **Wednesday, September 22, 2021, at 10:00 am**, before the Honorable Harvey E. Schlesinger, United States District Judge, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

IN ACCORDANCE WITH LOCAL RULE 4.12, WITHIN 14 DAYS OF RECEIVING THE PRESENTENCE REPORT, COUNSEL (OR THE

DEFENDANT IF ACTING *PRO SE*) SHALL COMMUNICATE IN WRITING TO THE PROBATION OFFICER, AND TO EACH OTHER, ANY OBJECTIONS THEY HAVE TO THE FACTUAL STATEMENTS AND GUIDELINE CALCULATIONS CONTAINED IN OR OMITTED FROM THE REPORT.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY WRITTEN MATERIAL OTHER THAN THE PRESENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN NOON ON Monday, September 13, 2021.  COUNSEL SHALL NOTIFY THE COURTROOM DEPUTY, AS SOON AS POSSIBLE, IF THEY BELIEVE THE SENTENCING HEARING WILL BE LONGER THAN 45 MINUTES.

DONE AND ORDERED at Jacksonville, Florida, this _17th_ day of May, 2021.

HARVEY E. SCHLESINGER
United States District Judge

Copy to:    David A. Sigler, Esq.
            Laura Cofer Talyor, Esq.
            John P. Leombruno, Esq.
            U.S. Marshal
            U.S. Probation

- 2 -