UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.   3:19-cr-218-HES-LLL

ROMEO XAVIER LANGHORNE

**UNITED STATES' MOTION
FOR FINAL ORDER OF FORFEITURE**

The United States moves this Court, pursuant to 21 U.S.C. § 853(n)(7) and

Fed. R. Crim. P. 32.2(c)(2), for a Final Order of Forfeiture for a Samsung Galaxy S9,

Model SMG96OU, Serial Number R38K90B3VAY (cell phone).   In support of its

motion, the United States submits the following memorandum of law.

**MEMORANDUM OF LAW**

I.      **Statement of Facts**

1.      On October 5, 2021, the Court entered an Order granting the United

States' Motion for Entry of a Preliminary Order of Forfeiture for the cell phone,

pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Fed. R. Crim. P.

32.2(b)(2).   Doc. 100.

2.      In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the

United States published notice of the forfeiture and of its intent to dispose of the cell

phone on the official government website, www.forfeiture.gov, from October 7, 2021

through November 5, 2021.   Doc. 104.   The publication gave notice to all third

parties with a legal interest in the cell phone that the process for asserting an interest is

5

to file a petition to adjudicate their interest within sixty (60) days of the first date of publication, with the Clerk of the Court, 300 N. Hogan Street, Suite 9-150, Jacksonville, FL 32202.

3.      No persons or entities, other than the defendant, who interest was forfeited to the United States in the Preliminary Order of Forfeiture, Doc. 100, are known to have an interest in the cell phone.   To date, no third party has filed a Petition to Adjudicate Interest in the cell phone, and the time for filing such Petition has expired.

## II.    <u>Applicable Law</u>

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the" United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee."   21 U.S.C. § 853(n)(7).   It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov, from October 7, 2021 through November 5, 2021.   Doc. 104.   Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Federal Rules of Civil Procedure.   Fed. R. Crim. P. 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be by any means described in Supplemental Rule G(4)(a)(iv).

6

Publication gave notice to all those who might have an interest in the cell phone of the United States' intent to dispose of the property and gave instructions on filing a petition to adjudicate their interest in the assets.   In accordance with those provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate his interest.   In this instance, the first date of internet publication was October 7, 2021.   Accordingly, the final date for filing a petition to adjudicate an interest in the cell phone was December 6, 2021, and the time for filing such petition has expired.

The Defendant's interest in the cell phone was forfeited pursuant to the Preliminary Order of Forfeiture.   Doc. 100.   No other persons or entities are known to have, or to claim, any potential interest in the cell phone and the time for filing a claim has expired.

Publication having been effected and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Judgment of Forfeiture as to the cell phone.

## III.   Conclusion

The United States requests that this Court, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32(c)(2), enter a final order, forfeiting to the United States all

right, title and interest in the cell phone for disposition according to law and vesting

clear title to the cell phone in the United States.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:    *s/ Mai Tran*
MAI TRAN
Assistant United States Attorney
Florida Bar No. 100982
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: mai.tran2@usdoj.gov

8

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ Mai Tran*

MAI TRAN
Assistant United States Attorney

9