UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:19-cr-218-J-HES-LLL

ROMEO XAVIER LANGHORNE

## JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through the undersigned Assistant United States Attorney and Trial Attorney, and counsel for defendant hereby request the sentencing hearing in this case, which is currently scheduled for May 18, 2022, at 9:30 a.m., be continued to July 7, 2022.   In support thereof, the parties state that they intend to move the Court for an order that defendant undergo a competency examination prior to sentencing.   This continuance is necessary in order to allow for the completion of the examination, receipt of the report, and for this Court to conduct a hearing on the matter of competency prior to sentencing.

WHEREFORE, the parties request this Court continue the sentencing hearing in this case to July 7, 2022.

Respectfully submitted,

ROGER HANDBERG
United States Attorney

By:   s/ *Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney
USA No. 170
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail: Laura.C.Taylor@usdoj.gov

By:   *s/ David Andrew Sigler*
DAVID ANDREW SIGLER
Alabama Bar No. ASB-5175-I72D
Trial Attorney, Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: 202-514-0849
Email: andrew.sigler@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Leombruno, Esq.

*s/ Laura Cofer Taylor*
LAURA COFER TAYLOR
Assistant United States Attorney