In the

# United States Court of Appeals

For the Eleventh Circuit

————————————

No. 22-12412

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

ROMEO XAVIER LANGHORNE,

Defendant- Appellant.

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:19-cr-00218-HES-LLL-1

————————————

JUDGMENT

2                                                                                      22-12412

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 7, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: June 5, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 05, 2024

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number:  22-12412-HH
Case Style: USA v. Romeo Langhorne
District Court Docket No: 3:19-cr-00218-HES-LLL-1

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate